IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WATTS, | § | |
| #2012144, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | No. 3:23-cv-2318-K (BT) |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
|     Respondent. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making a *de novo* review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated November 22, 2023, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. Petitioner's Objections are OVERRULED. Further, petitioner's Motion for Appointment of Counsel is DENIED.

The petition for writ of habeas corpus under 28 U.S.C. § 2254 will be TRANSFERRED to the United States Court of Appeals for the Fifth Circuit pursuant to *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

**SO ORDERED.**

**Signed December 13th, 2023.**

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE